IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

JOSE JESUS MENDOZA-OSEQUERA                               PETITIONER


V.                        NO: 2:06CV00035 SWW-JFF


LINDA SANDERS, Warden,
FCI-Forrest City                                         RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge John F. Forster, Jr.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed with prejudice.

IT IS SO ORDERED this 12th day of December, 2006.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE