IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

JOSE JESUS MENDOZA-OSEQUERA                                             PETITIONER

V.                          NO: 2:06CV00035 SWW-JFF

LINDA SANDERS, Warden,
FCI-Forrest City                                                        RESPONDENT

## JUDGMENT

Pursuant to the Proposed Findings and Recommendations filed in this matter, it is Considered, Ordered, and Adjudged that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed with prejudice.

IT IS SO ADJUDGED this 12th day of December, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE